UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20485-RNS

DOUG LONGHINI,

    Plaintiff,

v.

BIRD SQUARE PLAZA
MANAGEMENT, INC.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, BIRD SQUARE PLAZA MANAGEMENT, INC., hereby advise the Court that the parties have reached a settlement in principle of this action. The Parties anticipate submitting a consent decree with an appropriate joint motion within forty-five (45) days. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Dated this 11th day of August, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/Adam S. Chotiner* |
| ANTHONY J. PEREZ | ADAM S. CHOTINER |
| Florida Bar No.: 535451 | Florida Bar No.: 0146315 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | SHAPIRO, BLASI, WASSERMAN & |
| 4937 S.W. 74th Court, Unit #3 | HERMANN, P.A. |
| Miami, FL 33155 | 777 Glades Road, Suite 400 |
| Telephone: (305) 553- 3464 | Weston, Florida 33434 |
| Facsimile: (305) 553-3031 | Telephone: (561) 477-7800 |
| Primary Email:  ajperez@lawgmp.com | Email: achotiner@sbwh.law |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 11th, day of August 2020.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@gmplaw.com
        Secondary E-Mails: aquezada@lawgmp.com and ddunn@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ
    Florida Bar No.: 535451